#3        *Felony* L.I.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X  YES**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE ZAGEL    07 CR 722**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO X  YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE DENLOW**

3) Is this a re-filing of a previously dismissed indictment or information? **NO X    YES**   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO X    YES ☐**

6) What level of offense is this indictment or information? **FELONY X    MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants? **NO X    YES ☐**

8) Does this indictment or information include a conspiracy count? **NO X    YES**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ...... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ........ (II) | **x** Other Fraud .......... (III) | ☐ Immigration Laws ..... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ........ (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ..... (IV) |
| ☐ Assault .......... (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ..... (IV) |
| ☐ Burglary .......... (IV) | ☐ Counterfeiting ....... (III) | ☐ Selective Service Act ..... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ....... (III) |
| ☐ Postal Embezzlement ... (IV) | ☐ DAPCA Marijuana ..... (III) | ☐ Other Federal Statutes (III) |
| ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
     18 U.S.C. § 1343

_____
**EDWARD N. SISKEL**
Assistant United States Attorney

**FILED**
**NOV - 1 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**