Minute Order Form (rev. 4/99)

L.I

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE ZAGEL** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | **07 CR 722** <br> 05 GJ 0873 | DATE | NOVEMBER 1, 2007 |
| CASE TITLE | US v. DHARAM VIR, aka "Dave Mago", SATINDER SHARMA, ARSHAD MASIH and RIFAT AJAZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING    MAGISTRATE JUDGE DENLOW

SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO DHARMAN VIR. DEFENDANT IS A FUGITIVE. TO SET PRELIMINARY BAIL AT $50,000.00 AND THAT THE DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO SATINDER SHARMA, ARSHAD MASIH, AND RIFAT AJAZ.

**FILED**

NOV - 1 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

- No notices required, advised in open court.
- No notices required
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing copy. initials

DOCKET#