# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 722 - 2, 3 | **DATE** | 11/20/2007 |
| **CASE TITLE** | UNITED STATES vs. SATINDER SHARMA and ARSHAD MASIH | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference deadline 12/4/2007. Pretrial motion deadline 1/8/2008. Status hearing set for 1/15/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 11/20/2007 to 1/15/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DW |
|---|---|---|