## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:07−cr−00722
                                                      Honorable James B. Zagel

Dharam Vir, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge James B. Zagel : Status (1−15−2008) as to defendants Satinder Sharma and Arshad Masih hearing set for 1/18/2008 at 10:00 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 1/15/2008 to 1/18/2008.Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.