STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

### AFFIDAVIT

I, Arshad Masih, on oath, state as follows:

1. I am over the age of eighteen and competent to make this affidavit.

2. My full legal name is Arshad Masih.

3. My date of birth is November 12, 1954.

4. My social security number is 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

5. In January 2008 I met and spoke with Ayesha Ahmed, an attorney at Delaney Law.

6. On January 15, 2008 I signed a retainer agreement with Delaney Law authorizing the law firm to handle my pending criminal case in the United States District Court, Northern District of Illinois Eastern Division Case. No. 07 CR 0722.

FURTHER AFFIANT SAYETH NAUGHT.

X _____
                        AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16 DAY OF JANUARY, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
Cynthia M. Rote
Notary Public, State of Illinois
My Commission Expires 03/06/2008